# COMPLAINT

(for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2020 JAN 28 P 4: 01

CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Felicia ^Janice Weatherall

4547 N 46th ST Milwaukee, WI 53218 (414)-810-4601

v.

(Full name of defendant(s))

" Aptar Mukwonago"

711 Fox St, Mukwonago, WI 53149

262-363-7191

Case Number:

**20-C-013**

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of _Wisconsin_ and resides at
(State)

_4547 North 46th ST Milwaukee WI 53218_
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _Aptar Corporation (Mukwonago)_
(Name)

is (if a person or private corporation) a citizen of _Wisconsin_

and (if a person) resides at _____ Aptar Mukwonago _____
<span>(State, if known)</span>

<span>(Address, if known)</span>

and (if the defendant harmed you while doing the defendant's job)

worked for _711 Fox St, Mukwonago, WI 53149_

<span>(Employer's name and address, if known)</span>

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

1). There was more then 12 employees judging me of my race and treated me badly while I was working at Aptar. 2)People that fix machines when they go down). Older employees that worked there for years. This will take place at my machine and also in lunchroom and parking lot. Didn't feel safe to eat or go outside with others. I was called a stupid black nigga as well from another employee which got fired after I reported him to supervisor. When I went to supervisor and reported he said the lady has been working there for a while that was harrassing me. He said she should not be cause he the supervisor.

Complaint - 2

His name was kenny G. I let him know the lady was following me even I got trained and was free to work alone. No one else got treated the way I did in the workplace. I had to do others jobs for them after they got trained to be alone to work. So I had like 7 machines to run alone w/ the person standing over me watching. I had to clean piles of lids up alone that took 3 hours to clean once I got to work and manage my own when the rule was to clean up area before leaving work. Thrown objects was going across me, just a lot of angry people towards me and I did a good job. Didn't really get a reason why, but to look over them they are old.

## C. JURISDICTION

 ☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

### OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 1,500,000.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I will like an award of money due to fear of working in a job place like this again. I'm dealing w/ anxiety a depression because I never been in a work place this toxic before. I will like for the courts to make sure this doesn't happen to no one again by letting them know everyone is equal and every should feel at ease in their workplace. Don't judge no one by their skin color. Allow people of all color a chance to work and not feel everyone is an danger to ones work-place due to age, Race, or disibility.

Complaint – 4

E.     JURY DEMAND

I want a jury to hear my case.

☐ – YES            ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___01___ day of ___28___ 20_20_.

Respectfully Submitted,

_____
Signature of Plaintiff

(414)-810-4601
_____
Plaintiff's Telephone Number

weatherallfelicia6@gmail.com
_____
Plaintiff's Email Address

4547 North 44th St Milwaukee
Wisconsin 53218
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒     I **DO** request that I be allowed to file this complaint without paying the filing fee.
I have completed a Request to Proceed in District Court without Prepaying the
Filing Fee form and have attached it to the complaint.

☐     I **DO NOT** request that I be allowed to file this complaint without prepaying the
filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this
complaint.